**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6364**

_____

TRAVIS SENTELL MONROE,

　　　　　Petitioner - Appellant,

　　　v.

WARDEN SARA M. REVELL,

　　　　　Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.　Louise W. Flanagan, District Judge.　(5:12-hc-02165-FL)

_____

Submitted: June 20, 2013　　　　　Decided:　June 26, 2013

_____

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Travis Sentell Monroe, Appellant Pro Se.　Kimberly Ann Moore, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Sentell Monroe, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's judgment. Monroe v. Revell, No. 5:12-hc-02165-FL (E.D.N.C. Feb. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED